Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff Donna Gardner

Gary R. Basham, SBN 130119
**BASHAM LAW GROUP**
1545 River Park Drive, Suite 205
Sacramento, CA 95815
Telephone: (916) 993-4840
Facsimile: (916) 993-4849
Email: gary@bashamlawgroup.com

Attorney for Defendant Best Western Med Park Inn & Suites, LP dba Best Western Med Park Inn & Suites

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Gardner, | Case No. 2:13-cv-02148-JAM-KJN |
| Plaintiff, | **Stipulation to Amend Complaint** |
| v. | |
| Best Western Med Park Inn & Suites, LP dba Best Western Med Park Inn & Suites | |
| Defendant. | |

*Gardner v. Best Western Med Park Inn & Suites, LP*    Case No. 2:13-cv-02148-JAM-KJN
Stipulation to Amend Complaint
- 1 -

Plaintiff Donna Gardner, by and through her counsel of record, and Defendant Best Western Med Park Inn & Suites, LP, by and through its counsel of record, jointly request that the Court enter an order as follows:

1. Plaintiff brought this action concerning the Hotel Med Park, located at 2356 Stockton Boulevard, in Sacramento, CA 95817.

2. Plaintiff seeks to amend her complaint to include a more accurate statement of the access barriers she encountered at the Hotel Med Park which relate to her disability.

3. The parties agree that Plaintiff shall and may amend the complaint to include a more accurate statement of the access barriers she encountered at the Hotel Med Park which relate to her disability. Attached hereto as Exhibit A is a true and accurate copy of Plaintiff's [Proposed] Amended Complaint.

4. Defendant Best Western Med Park Inn & Suites, LP shall be allowed thirty (30) days from the date of the filing of Plaintiff's amended complaint to file an answer to the amended complaint and any applicable third party claims.

It is so stipulated.

Dated: April 8, 2015                    DISABLED ADVOCACY GROUP, APLC


                                         */s/ Scottlynn J Hubbard IV, Esquire       /*
                                        SCOTTLYNN J HUBBARD IV
                                        Attorney for Plaintiff Donna Gardner

1  Dated: April 8, 2015                BASHAM LAW GROUP

2

3
                                       */s/ Gary R. Basham, Esquire            /*
4                                      GARY R. BASHAM
                                       Attorney for Defendant Best Western Med
5                                      Park Inn & Suites, LP

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN,** Plaintiff Donna Gardner is hereby granted leave to amend her complaint. The amended complaint shall be filed within seven (7) days of this order. Defendant Best Western Med Park Inn & Suites, LP shall have thirty (30) days from the date of the filing of the amended complaint to file an answer to the amended complaint and any applicable third party claims.

**IT IS SO ORDERED.**

Dated: April 8, 2015    /s/ John A. Mendez
                        Honorable John A. Mendez
                        United States District Judge