GARY R. BASHAM (SBN 130119)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone: (916) 993-4840
Facsimile: (916) 266-7478

Attorneys for Defendant
BEST WESTERN MED PARK INN & SUITES, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GARDNER, | Case No. 2:13-CV-02148-JAM-KJN |
| Plaintiff, | **JOINT STIPULATION AND ORDER RESETTING DISCOVERY AND OTHER DEADLINES** |
| v. | |
| BEST WESTERN MED PARK INN & SUITES, LP | |
| Defendants. | Complaint Filed: October 16, 2013<br>Trial Date: November 9, 2015 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**:

   **IT IS STIPULATED AND AGREED** by and between counsel for Plaintiff DONNA GARDNER and counsel for Defendant BEST WESTERN MED PARK INN & SUITES, LP (hereinafter collectively referred to as "the Parties") that, in order to provide the parties sufficient time to explore settlement before engaging in expert disclosures and discovery, the following deadlines be continued: (1) the deadline for the disclosure of rebuttal experts be continued from May 4, 2015 to May 25, 2015; and (2) the discovery cutoff completion date be continued from June 1, 2015 to July 1, 2015.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**

Date: April 30, 2015				BASHAM LAW GROUP

				 /s/ Gary Basham
				GARY BASHAM
				Attorney for Defendant
				BEST WESTERN MED PARK INN & SUITES, LP


Date: April 30, 2015				DISABLED ADVOCACY GROUP, APLC

				 /s/ Scottlynn J. Hubbard, IV
				SCOTTLYNN J. JUBBARD, IV
				Attorney for Plaintiff
				DONNA GARDNER

**ORDER**

Pursuant to Stipulation, and for good cause shown, IT IS SO ORDERED.

Date: 4/30/2015                                         /s/ John A. Mendez
                                                        United States District Court Judge