1   GARY R. BASHAM (SBN 130119)
    NATHAN T. JACKSON (SBN 285620)
2   BASHAM LAW GROUP
    1545 River Park Drive, Suite 205
3   Sacramento, California 95815
    Telephone:  (916) 993-4840
4   Facsimile:  (916) 266-7478

5   Attorneys for Defendant
    BEST WESTERN MED PARK INN & SUITES, LP
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  DONNA GARDNER,                          Case No.  2:13-CV-02148-JAM-KJN

                Plaintiff,                  *(AS MODIFIED BY THE COURT)*
12                                          **STIPULATION AND ORDER
         v.                                 VACATING TRIAL DATE AND
13                                          DISCOVERY DEADLINES AND
    BEST WESTERN MED PARK INN & SUITES,     SETTING DATE FOR FILING
14  LP dba HOTEL MED PARK                   UPDATED JOINT STATUS REPORT**

15              Defendant.

16  _____

17  BEST WESTERN MED PARK INN & SUITES,
    LP dba HOTEL MED PARK
18
                Third-Party Plaintiff,
19
         v.
20
    STEPHEN CAMERON, AN INDIVIDUAL,
21  DBA CAMERON CONSTRUCTION, AND
    ZOES 1-25, inclusive,
22
                Third-Party Defendant
23

24

25

26

27

28

---

1

2

3

4

5

6

7

8        WHEREAS, this matter is presently set for trial on **November 9, 2015**, with a

9   discovery cutoff date for Plaintiff and Defendant of **July 1, 2015**.

10       WHEREAS, STEPHEN CAMERON was recently added as a Third-Party

11  Defendant in the above-captioned matter, and must respond to Defendant/Third-Party Plaintiff

12  BEST WESTERN MED PART INN & SUITES's Third Party Complaint by **July 2, 2015**.

13       WHEREAS, in light of the recent addition of  STEPHEN CAMERON, and the

14  fact his deadline for an initial responsive pleading is near the discovery cut-off date and within

15  months of trial, the Parties wish to avoid the clear prejudice of the Third Party Defendant if the

16  current deadlines and trial date are kept, to avoid the likely duplication of effort due to the new

17  party, and to have more time for discovery, including written discovery, party depositions, expert

18  depositions, and subpoenas, as well as to provide all parties additional time to explore settlement

19  before being forced by deadlines to incur potentially unnecessary costs and attorneys' fees.

20       WHEREAS, the Parties have jointly agreed and stipulated to request, respectfully,

21  that this Court vacate the current trial date and all discovery deadlines, and to set this matter for a

22  new Status Conference, where new deadlines can be considered and set.

23       WHEREAS, this request is not being made of the purposes of improper delay, or

24  any other improper purpose;

25       WHEREAS, continuing the above-referenced deadlines will not prejudice any

26  party or their counsel; and

27       NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and

28  Defendant, through their respective attorneys of record, that the Court vacate the current trial date

Stipulation And [Proposed] Order Vacating Trial Date                          USDC, Eastern District of California
And Discovery Deadlines And Setting Matter For                               Case No. 2:13-CV-02148-JAM-KJN
FRCP 16 Status Conference                              2

1 | and all discovery deadlines, and to set a date for the filing of an updated joint status report.

2 | Date:  June 24, 2015                                    DISABLED ADVOCACY GROUP, APLC

3 |

4 |                                                          By:    */s/ Scottlynn J. Hubbard*
   |                                                                 SCOTTLYNN J. HUBBARD, IV
5 |                                                                 Attorney for Plaintiff
   |                                                                 DONNA GARDNER
6 |

7 | Date:  June 24, 2015                                    BASHAM LAW GROUP

8 |

9 |                                                          By:    */s/ Gary R. Basham*
   |                                                                 GARY R. BASHAM
10 |                                                                 NATHAN T. JACKSON
    |                                                                Attorneys for Defendant
11 |                                                                BEST WESTERN MED PARK INN &
    |                                                                SUITES, LP
12 |

13 |                                       **ORDER**

14 | Pursuant to stipulation, and for GOOD CAUSE APPEARING, the Court orders that all remaining

15 | dates in the January 13, 2014 scheduling order [10] are vacated, and the parties shall file an

16 | updated joint status report on or before July 24, 2015.

17 |

18 | Dated:  6/25/2015                              /s/ John A. Mendez_____
    |                                               HONORABLE JOHN A. MENDEZ
19 |                                               UNITED STATES DISTRICT COURT JUDGE

20 |

21 |

22 |

23 | *4817-3189-7637, v.  1*

24 |

25 |

26 |

27 |

28 |

Stipulation And [Proposed] Order Vacating Trial Date                    USDC, Eastern District of California
And Discovery Deadlines And Setting Matter For                          Case No. 2:13-CV-02148-JAM-KJN
FRCP 16 Status Conference                          3