Scottlynn J Hubbard, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorney for Plaintiff Donna Gardner

Gary R. Basham, SBN 130119
**BASHAM LAW GROUP**
1545 River Park Drive, Suite 205
Sacramento, CA 95815
Telephone: (916) 993-4840
Facsimile: (916) 993-4849
Email: gary@bashamlawgroup.com

Attorney for Defendant Best Western Med Park Inn & Suites, LP dba Best Western Med Park Inn & Suites

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Gardner,<br><br>    Plaintiff,<br><br>vs.<br><br>Best Western Med Park Inn & Suites, LP dba Best Western Med Park Inn & Suites,<br><br>    Defendant. | Case No. 2:13-cv-02148-JAM-KJN<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND ALL PARTIES:

    Plaintiff Donna Gardner and defendant Best Western Med Park Inn & Suites, LP dba Best Western Med Park Inn & Suites, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2), with each side to bear their own costs and attorneys' fees.

Dated: August 12, 2016        DISABLED ADVOCACY GROUP, APLC

                                    */s/ Scottlynn J Hubbard*
                                      Scottlynn J Hubbard
                                      Attorney for Plaintiff Donna Gardner

Dated: August 12, 2016        BASHAM LAW GROUP

                                      */s/ Gary R. Basham*
                                      Gary R. Basham.
                                      Attorney for Defendant Best Western Med Park Inn & Suites, LP dba Best Western Med Park Inn & Suites

## **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv02148-JAM-KJN, is hereby dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

Dated: 8/15/2016

                                      /s/ John A. Mendez_____
                                      United States District Court Judge